STATE of Missouri, Respondent,

v.

Steven T. PYYKOLA, Appellant.

No. WD 75862.

Missouri Court of Appeals,
Western District.

March 18, 2014.

Craig Johnston, Columbia, MO, for appellant.

Jennifer Rodewald, Jefferson City, MO, for respondent.

Before Division Three: ANTHONY R. GABBERT, P.J., VICTOR C. HOWARD, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM:

Mr. Steven T. Pyykola appeals convictions of first-degree murder, § 565.020, armed criminal action, § 571.015, and first-degree burglary, § 569.160, after a jury trial.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).